LISA R. J. PORTER
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Jefferey Todd Clayton,
        Plaintiff,

vs.

CAROLYN W. COLVIN
COMMISSIONER of Social Security,
        Defendant    /

Civil Action No. 3:14-cv-00474-ST

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS

ORDER

    Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$3,398.22** and expenses **$4.62** and costs of **$7.30**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

    Done this 27th day of April, 2015.

                      /s/ Janice M. Stewart
                      Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035